

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2017

No. 04-15-00595-CR

David **ARROYO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8109
Honorable Ray Olivarri, Judge Presiding

# O R D E R

After we granted the State's second motion for extension of time to file its brief, the State's brief was due on February 17, 2017. On February 23, 2017, this court advised the State that the brief had not been filed, and the State immediately filed its brief and a third motion for extension of time to file the brief. In its motion, the State included an eFiling for Texas filing history report that shows the State attempted to e-file the brief on February 17, 2017.

The State's motion is GRANTED; the State's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2017.



Keith E. Hottle
Clerk of Court